# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OSER COMMUNICATIONS GROUP, LLC,

    Plaintiff,

v.

SOLAR ENERGY TRADE SHOWS, LLC, *et al.*,

    Defendants.

Case No. 2:11-CV-00871-KJD-LRL

**ORDER**

    Before the Court is the Errata to Notice of Removal and Request for Remand to State Court of Defendant Solar Energy Trade Shows, LLC, Solar Electric Power Association, and Solar Energy Industries Association (#8). There is no opposition.

    Defendants' counsel removed this case based on a misunderstanding of service upon one of the defendants. After conferring with Plaintiff's counsel about the misunderstanding, Defendants' counsel filed this Request. The Court, having considered Defendants' Request and finding good cause therefore, finds that remand is appropriate.

    Accordingly, **IT IS HEREBY ORDERED** that Defendants' Errata to Notice of Removal and Request for Remand to State Court (#8) is **GRANTED.**

    DATED this 11th day of July 2011.

_____
Kent J. Dawson
United States District Judge